UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES IMHOFF; et al., <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA TEACHERS ASSOCIATION; et al., <br><br> Defendants. | No. 2:18-cv-02934-MCE-DB <br><br><br> **ORDER** |

Presently before the Court is Defendant California Teachers Association ("CTA") and Defendant Colusa Educators Association's ("CEA") (collectively, "Union Defendants") motion to transfer venue to the Central District of California pursuant to 28 U.S.C. §1404(a). ECF No. 7. Union Defendants contend that this case is similar to several other putative statewide class action cases now pending in the Central District of California brought by public school teachers seeking to enjoin the collection of "fair-share" union fees. ECF No. 7 at 1:5–21. On January 10, 2018, Plaintiffs James Imhoff and Lucille Imhoff filed a response, providing that they did not oppose Union Defendants' transfer motion. ECF No. 10.

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). The purpose of Section 1404(a) is to "prevent the

waste of time, energy, and money and to protect litigants, witnesses and the public against unnecessary inconvenience and expense." Van Dusen v. Barrack, 376 U.S. 612, 616 (1964) (internal quotation marks omitted).

Given Plaintiffs' non-opposition to transfer, and good cause appearing therefor, Union Defendants' motion to transfer venue pursuant to 28 U.S.C. § 1404(a) is GRANTED. Pursuant to 28 U.S.C. § 1404(a), this action is hereby transferred to the United States District Court for the Central District of California. The Clerk of Court is ordered to close this file here once the transfer has been effectuated.[1]

IT IS SO ORDERED.

Dated: January 22, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument would not have been of material assistance, the Court ordered this matter submitted on the briefs. E.D. Cal. Local Rule 230(g).